FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ FEB 08 2010
P.M.
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGEL ALGARIN,

JUDGMENT
06-CV- 3175 (SLT)

                            Petitioner,

-against-

DENNIS BRESLIN, Superintendent,
Arthur Kill Correctional Facility,

                            Respondent.
------------------------------------------------------------------X

       A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on February 4, 2010, denying the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; and dismissing the action; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied; and that the action is dismissed.

Dated: Brooklyn, New York
          February 05, 2010

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court

